UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
DOUGLAS F. SNIDER, *et al.*,

            Plaintiffs,

   v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

            Defendant.
_____

No. C09-0542RSL

ORDER REQUIRING SUBMISSION
OF INFORMATION REGARDING
REMOVAL FROM STATE COURT

      The above captioned matter was recently removed from state court. The removing defendant shall, within five (5) days of the date of this Order, serve and file an admissible declaration stating with particularity:

    (1) the basis for defendant's belief that the amount in controversy exceeds the sum of $75,000, <u>exclusive of interest and costs</u>; and

    (2) the information obtained from plaintiffs' counsel on or about April 20, 2009, that could not have been ascertained from a review of plaintiffs' complaint.

      If plaintiffs have a response to defendant's submission, such response shall be filed and served within seven (7) days of the date of defendant's submission. Any motion to remand the action to state court based on any procedural defects in the removal must be filed within thirty (30) days of the removal. <u>See</u> 28 U.S.C. § 1447(c).

INFORMATION REGARDING REMOVAL

Dated this 24th day of April, 2009.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

INFORMATION REGARDING REMOVAL -2-