UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
DOUGLAS F. SNIDER, *et al.*,

                Plaintiffs,

    v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

                Defendant.
_____

No. C09-0542RSL

ORDER TO SHOW CAUSE

        This matter comes before the Court *sua sponte*. On April 19, 2010, defendant filed an opposition with related documents that, taken as a whole, exceeds 50 pages in length. Dkt. # 63. As of this date, a courtesy copy of these documents has not been provided for chambers.

        Defendant is hereby ORDERED to show cause within five days of this Order why it should not be sanctioned for its failure to comply with Local Rule 10(e)(8) and this Court's "Minute Order Setting Trial Date & Related Dates" (Dkt. # 18). Defendant shall immediately deliver a paper copy of the documents filed on April 19, 2010, with tabs or other organizing aids as necessary and clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office.

        The Clerk of Court is directed to place this Order to Show Cause on the Court's calendar for the Wednesday, April 28, 2010.

ORDER TO SHOW CAUSE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

      Dated this 21st day of April, 2010.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE            -2-